■ In the Matter of JAMES CURL, Appellant, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed as moot. (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J. —art 78.) Present—Dillon, P. J., Doerr, Green, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD E. KINCAID, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Chautauqua County Court, Adams, J.—criminal possession of stolen property, second degree.) Present—Callahan, J. P., Denman, Boomer, Pine and Davis, JJ.

■ In the Matter of PHILIP D'ANGELO, Petitioner, v ROBERT H. HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent.—Determination unanimously confirmed and petition dismissed *(see, Matter of Lahey v Kelly,* 71 NY2d 135). (Article 78 proceeding transferred by order of Supreme Court, Cayuga County, Contiguglia, J.) Present—Callahan, J. P., Denman, Boomer, Pine and Davis, JJ.

■ AMERICAN MARAZZI TILE, INC., Respondent, v EUROPEAN CERAMIC TILE CENTER, INC., Appellant.—Order unanimously modified on the law and as modified affirmed with costs to plaintiff, in accordance with the following memorandum:

Special Term should not have granted summary judgment on plaintiff's third cause of action for counsel fees because the moving papers set forth no facts supporting the value of the legal services incurred. (Appeal from order of Supreme Court, Erie County, Mintz, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Pine and Davis, JJ.